UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Queuna Thompson,                                     Civil 13-cv-2022 ADM/FLN

    Plaintiff,

v.                                                                    O R D E R

J.A. Nicklin,
Warden,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 30, 2014, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1.    Thompson's Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED**: and

2.    This action is dismissed as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY

DATED: August 20, 2014                  s/Judge Ann D. Montgomery
                                                  ANN D. MONTGOMERY
                                                  United States District Court Judge